| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| David S. Kupetz (CA State Bar No. 125062)<br>Mark S. Horoupian, Esq. (CA State Bar No. 175373)<br>SulmeyerKupetz, APC<br>333 South Hope Street<br>35th Floor<br>Los Angeles, CA 90071-1406<br>213.626.2311 Fax: 213.629.4520<br><br>☒ Attorney for: Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>PROJECT PLAYLIST, INC., a Delaware corporation<br>                                                        Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |
|---|---|

**ELECTRONIC FILING DECLARATION**
**(CORPORATION/PARTNERSHIP)**

☒ Petition, statement of affairs, schedules or lists — Date Filed: August 6, 2010
☐ Amendments to the petition, statement of affairs, schedules or lists — Date Filed:
☐ Other: _____ — Date Filed:

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_[signature]_                                                                                August 6, 2010
Signature of Authorized Signatory of Filing Party                             Date

Jeremy Riney
*Printed Name of Authorized Signatory of Filing Party*

Chief Executive Officer
*Title of Authorized Signatory of Filing Party*

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

/s/ Mark S. Horoupian                                                       August 6, 2010
*Signature of Attorney for Filing Party*                             Date

David S. Kupetz, Esq.
Mark S. Horoupian, Esq.
SulmeyerKupetz, APC
*Printed Name of Attorney for Filing Party*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>PROJECT PLAYLIST, INC., a Delaware corporation | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>FDBA Music America, Inc.; FDBA Music America Records; FDBA Projectplaylist.org; FDBA Projectplaylist.com; DBA Playlist.com; FDBA Project Playlist | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>58-2682587 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>9300 Wilshire Boulevard<br>Suite 200<br>Beverly Hills, CA 90212<br>ZIP CODE 90212-0000 | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>444 High Street<br>Suite 220<br>Palo Alto, CA 94301<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) See Exhibit D on page 2 of this form.
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [X] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [X] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [X] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    THIS SPACE IS FOR COURT USE ONLY
- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| [X] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] OVER 100,000 |

Estimated Assets
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [X] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

Estimated Debts
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [X] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

B1 (Official Form 1) (4/10)                                                                              Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>PROJECT PLAYLIST, INC., a Delaware corporation |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) |||
|---|---|---|
| Location Where Filed:    - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) |||
|---|---|---|
| Name of Debtor: -- **Affiliated debtor, Playlist, Inc., a Delaware corporation, is filing a related case concurrently or shortly after the filing of this Petition.** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br>X _____<br>   Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

        _____
        (Name of landlord that obtained judgment)

        _____
        (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (4/10)            Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>PROJECT PLAYLIST, INC., a Delaware corporation |
|---|---|

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney***<br>X  /s/ Mark S. Horoupian<br>Signature of Attorney for Debtor(s)<br>David S. Kupetz, Esq.<br>Mark S. Horoupian, Esq.<br>Printed Name of Attorney for Debtor(s)<br>SulmeyerKupetz, A Professional Corporation<br>Firm Name<br>333 South Hope Street<br>35th Floor<br>Los Angeles, CA 90071-1406<br>Address<br>213.626.2311 Fax:213.629.4520<br>Telephone Number<br>August 6, 2010<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br>X _____<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Authorized Individual<br>Jeremy Riney<br>Printed Name of Authorized Individual<br>Chief Executive Officer<br>Title of Authorized Individual<br>August 6, 2010<br>Date | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

# CERTIFICATE OF RESOLUTION OF BOARD OF DIRECTORS OF

# PROJECT PLAYLIST, INC.

## AUTHORIZING FILING OF PETITION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE

I, Jeremy Riney, do hereby certify:

1. That I am President, Chief Executive Officer, and Chairman of the Board of Directors of Project Playlist, Inc., a Delaware corporation ("this Company").

2. That at a special meeting of the Board of Directors duly held on August 3, 2010, the following resolutions were duly enacted, and the same remain in full force and effect, without modifications as of the date hereof:

> **RESOLVED,** that this Company is hereby authorized to determine, based upon subsequent events, and advice of counsel, whether it is desirable and in the best interests of this Company, its creditors, stockholders and other interested parties, that a petition be filed by this Company under the provisions of chapter 11 of the Bankruptcy Code.
>
> **FURTHER RESOLVED,** that, if this Company shall make such a determination, that a petition under said chapter 11 shall be filed as submitted by the Chief Financial Officer on behalf of this Company and the same hereby is approved and adopted in all respects, and Jeremy Riney is hereby authorized and directed, on behalf of and in the name of this Company, to execute and verify such petition and to cause the same to be filed with the United States Bankruptcy Court, Central District of California, Los Angeles Division.
>
> **FURTHER RESOLVED,** that officers of this Company be, and hereby are, authorized to execute and file all schedules, lists and other papers and to take any and all action which the Chief Executive Officer of this Company shall deem necessary and proper in connection with such proceedings under said chapter 11 and in that connection to retain and employ all assistance by legal counsel or otherwise which he may deem necessary and proper with a view to the successful termination of such proceedings.
>
> **FURTHER RESOLVED,** that the firm of SulmeyerKupetz, a professional corporation, hereby is retained as attorneys for this Company in connection with the commencement and maintenance of the aforementioned chapter 11 case, including all contested matters, adversary proceedings, and appeals arising in

or from such chapter 11 case, pursuant to the terms and conditions set forth in all written agreements between the Company and SK.

**FURTHER RESOLVED**, that the firm of Law Offices of Robert B Kory, Esq, hereby is retained as special litigation and corporate attorneys for this Company in connection with the commencement and maintenance of the aforementioned chapter 11 case, including all contested matters, adversary proceedings, and appeals arising in or from such chapter 11 case, pursuant to the terms and conditions set forth in all written agreements between the Company and LORK.

_____, Chairman

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re   PROJECT PLAYLIST, INC., a Delaware corporation          Case No.
                                              Debtor(s)        Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Universal Music Group Recordings, Inc 2220 Colorado Avenue Santa Monica, CA 90404 | (310) 865-5000; (310) 865-0560 | Promissory Note | Disputed  Subject to disputed UCC-1. Value of security unknown. | 16,644,267.00 |
| Atlantic Recording Corporation, Elektra Entertainment Group, Inc., Warner Bros. Records Inc., Warner Music, Inc., Warner/Chappell Music, Inc 75 Rockefeller Plaza New York, NY 10019 | (212) 275-2000 | Promissory Note | | 4,143,093.00 |
| Sony Music Entertainment Sony Music Entertainment Canada 550 Madison Avenue New York, NY 10022 | (212) 833-8000 | Licensing | | 3,150,000.00 |
| EMI Music North America 150 5th Avenue New York, NY 10011 | (212) 786-8000 | Promissory Note | Disputed | 2,103,080.00 |
| Music and Entertainment Rights Licensing Independent Network BV Damrak 277, Kamer 38, 1012 ZJ Amsterdam The Netherlands | 44(0)207-183-2445 | Promissory Note | | 1,680,000.00 |
| Limelight Networks 2220 West 14th Street Tempe, AZ 85281 | (602) 850-5079 | Purchased Services | | 803,470.00 |
| American Society of Composers, etc. (ASCAP) One Lincoln Plaza New York, NY 10133 | (800) 652-7227 | Licensing Fees | | 377,323.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    PROJECT PLAYLIST, INC., a Delaware corporation    Case No.    _____
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)  Name of creditor and complete mailing address including zip code | (2)  Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)  Nature of claim (trade debt, bank loan, government contract, etc.) | (4)  Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5)  Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Law Offices of Robert B. Kory  9300 Wilshire Boulevard  Suite 200  Beverly Hills, CA 90212 | (310) 265-1631 | Legal Fees | | 351,198.00 |
| Media Breakaway  1490 West 121st STreet  Suite 201  Denver, CO 80234 | (303) 464-8164 | Trade Debt | | 302,148.00 |
| Wilson Sonsini Goodrich & Rosati  Jack Doyle - Finance 777  650 Page Mill Road  Palo Alto, CA 94304 | (650) 493-9300 | Legal Fees | | 283,626.00 |
| Broadcast Music, Inc.  320 West 57th Street  New York, NY 10019 | (212) 220-3012 | Licensing Fees | | 135,959.00 |
| Orchard Enterprises NY, Inc.  23 East 4th Street  New York, NY 10003 | (212) 201-9280 | Purchased Services | | 113,510.00 |
| SESAC  55 Music Square  Nashville, TN 37203 | (800) 826-9996 | Licensing Fees | | 101,382.00 |
| Doubleclick  1600 Amphitheatre Parkway  Mountain View, CA 94043 | (650) 214-2174 | Purchased Services | | 94,000.00 |
| Jason Berman  800 Fifth Avenue  Apartment 12B  New York, NY 10065 | (917) 497-2622 | Consulting Fees | | 86,000.00 |
| Vindicia  3200 Bridge Parkway  Suite 202  Redwood City, CA 94065 | (650) 264-4700 | Purchased Services | | 76,250.00 |
| New Motion  42 Corporate Park  Suite 250  Irvine, CA 92606 | (949) 777-3700 | Trade Debt | | 75,000.00 |
| Davis Shapiro Lewit & Hayes, LLP  689 Fifth Avenue  5th Floor  New York, NY 10022 | (212) 230-5500 | Legal Fees | | 66,035.00 |
| FTI Consulting, Inc.  Post Office Box 6303091  Baltimore, MD 21263 | (800) 334-5701 | Legal Fees | | 60,009.00 |
| Grubman Indursky & Shire, P.C.  Carnegie Tower  152 West 57th Street  New York, NY 10019 | (212) 554-0400 | Legal Fees | | 50,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   PROJECT PLAYLIST, INC., a Delaware corporation   Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   August 6, 2010                    Signature   _____
                                                     Jermey Riney
                                                     Chief Executive Officer

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Verification of Creditor Mailing List - (Rev. 10/05)                                                                    2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name     Mark S. Horoupian, Esq./SulmeyerKupetz, A Professional Corporation

Address  333 South Hope Street 35th Floor Los Angeles, CA 90071-1406

Telephone  213.626.2311 Fax: 213.629.4520

☒ Attorney for Debtor(s)
☐ Debtor in Pro Per

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 8 years: PROJECT PLAYLIST, INC., a Delaware corporation FDBA Music America, Inc.; FDBA Music America Records; FDBA Projectplaylist.org; FDBA Projectplaylist.com; DBA Playlist.com; FDBA Project Playlist | Case No.: |
|---|---|
| | Chapter: 11 |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __9__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: August 6, 2010

Jermey Riney/Chief Executive Officer
Signer/Title

PROJECT PLAYLIST, INC., a Delaware corporation
444 High Street
Suite 220
Palo Alto, CA 94301


Mark S. Horoupian
SulmeyerKupetz
333 South Hope Street
35th Floor
Los Angeles, CA 90071-1406


OUST-LA
725 South Figueroa Street,
26th Floor
Los Angeles, CA 90017

Adam Schneider
236 Clara Street
No. 1
San Francisco, CA 94107


Alex Wyrick
20 Joice Street
No. 3
San Francisco, CA 94108


American Society of Composers, etc.
(ASCAP)
One Lincoln Plaza
New York, NY 10133


Atlantic Recording Corporation
75 Rockefeller Plaza
New York, NY 10019


Bobby Davidorf
1052 Cole Street
San Francisco, CA 94117


Broadcast Music, Inc.
320 West 57th Street
New York, NY 10019


Chris Culhane
1645 Filbert Street
No. 305
San Francisco, CA 94123


Comcast Cable
Post Office Box 34744
Seattle, WA 98124

ComScore
14140 Collection Center Drive
Chicago, IL 60693


Core Management Company
9300 Wilshire boulevard
Suite 200
Beverly Hills, CA 90212


Cortron Systems, Inc.
1719 A Little Orchard Street
San Jose, CA 95125


Davis Shapiro Lewit & Hayes, LLP
689 Fifth Avenue
5th Floor
New York, NY 10022


Dede Loftus
167 Bonita Avenue
Redwood City, CA 94061


Doubleclick
1600 Amphitheatre Parkway
Mountain View, CA 94043


DoubleClick, A Division of Google
111 Eighth Avenue
10th Floor
New York, NY 10011


EMI Music Marketing
150 Fifth Avenue
New York, NY 10011

EMI Music North America
150 5th Avenue
New York, NY 10011


Employment Development Dept.
Bankruptcy Group MIC 92E
Post Office Box 826880
Sacramento, CA 94280


Equinix, Inc.
301 Velocity Way
Fifth Floor
San Mateo, CA 94404


Fidelity Investments
Attn: 401k RM Team
100 Crosby Parkway KC1FE
Latonia, KY 41015


Franchise Tax Board
Bankruptcy Unit
Post Office Box 2952
Sacramento, CA 95812


Fred Davis, Esq.
Davis Shapiro Lewit & Hayes, LLP
659 Fifth Avenue
Fifth Floor
New York, NY 10022


Frederick Backman
1916 1/2 Castillo Street
Santa Barbara, CA


FTI Consulting, Inc.
Post Office Box 6303091
Baltimore, MD 21263

Grubman Indursky & Shire, P.C.
Carnegie Tower
152 West 57th Street
New York, NY 10019


Hurricane Electric
760 Mission Court
Fremont, CA 94539


Hurricane Electric, LLC
760 Mission Court
Fremont, CA 94539


Internal Revenue Service
Insolvency I Stop 5022
300 North Los Angeles St., Rm 4062
Los Angeles, CA 90012-9903


Jason Berman
800 Fifth Avenue
Apartment 12B
New York, NY 10065


Law Offices of Robert B. Kory
9300 Wilshire Boulevard
Suite 200
Beverly Hills, CA 90212


Limelight Networks
2220 West 14th Street
Tempe, AZ 85281


Limelight Networks, Inc.
2220 West 14th Street
Tempe, AZ 85281

```
Litle & Co., LLC
900 Chelmsford Street
Lowell, MA 01851


Los Angeles County Tax Collector
255 North Hill Street, Room 160
Post Office Box 54027
Los Angeles, CA 90054-0970


Mark A. Hiller, Esq.
2220 Colorado Avenue
Santa Monica, CA 90405


Matthew Rothman
Director, Legal Affairs
150 5th Avenue
New York, NY 10022


Media Breakaway
1490 West 121st STreet
Suite 201
Denver, CO 80234


Media Breakaway, LLC
1490 West 121st Avenue
Suite 201
Denver, CO 80234


MediaVest
1675 Broadway
New York, NY 10019


Music and Entertainment Rights
Licensing Independent Network BV
Damrak 277, Kamer 38, 1012 ZJ
Amsterdam
The Netherlands
```

New Motion
42 Corporate Park
Suite 250
Irvine, CA 92606


New Motion, Inc.
42 Corporate Park
Suite 250
Irvine, CA 92606


Orchard Enterprises NY, Inc.
23 East 4th Street
New York, NY 10003


Quist Valuation
2595 Canyon Boulevard
Suite 150
Boulder, CO 80302


Robbins, Russell, Englert, et al.
1801 K Street NW
Suite 411
Washington, DC 20006


Robert Zangrillo
2435 West Buttermilk Road
Aspen, CO 81611


Rodica M. Petcu
1508 Wright Avenue
Sunnyvale, CA 94087


Savvis
13339 Collection Center Drive
Chicago, IL 60693

SESAC  
55 Music Square  
Nashville, TN 37203


Sony BMG Music Entertainment  
550 Madison Avenue  
New York, NY 10022


Sony Music Entertainment  
Sony Music Entertainment Canada  
550 Madison Avenue  
New York, NY 10022


Sony/ATV Music Publishing  
550 Madison Avenue  
New York, NY 10022


Steven Raiff  
436 West Dana  
Mountain View, CA 94041


Steven Tidwell  
1600 Villa Street  
No. 317  
Mountain View, CA 94041


The Hartford  
Post Office Box 2907  
Hartford, CT 06104


Total Music  
Attn: Chief Executive Officer  
1209 Worldgate Drive  
Seventh Floor  
Herndon, VA 20170

Universal Music Group Recordings
2220 Colorado Avenue
Santa Monica, CA 90404


Vindicia
3200 Bridge Parkway
Suite 202
Redwood City, CA 94065


Vindicia, Inc.
3200 Bridge Parkway
Suite 202
Redwood City, CA 94065


Wilson Sonsini Goodrich & Rosati
Jack Doyle - Finance 777
650 Page Mill Road
Palo Alto, CA 94304