# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | | |
|---|---|---|---|
| Filer's Name: | Mark S. Horoupian, Esq. SulmeyerKupetz, APC | Atty Name (if applicable): | Mark S. Horoupian, Esq. |
| Street Address: | 333 South Hope Street 35th Floor Los Angeles, CA 90071-1406 | CA Bar No. (if applicable): | 175373 |
| Filer's Telephone No.: | 213.626.2311 | Atty Fax No. (if applicable): | 213.629.4520 |

| | |
|---|---|
| In re:<br><br>PROJECT PLAYLIST, INC., a Delaware corporation | Case No. 2:10-bk-42927-TD<br><br>Chapter 11 |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?

☒ Yes ☐ No

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

☐A ☐B ☐C ☐D ☐E ☐F ☐G ☐H ☐I ☐J

☐ Statement of Social Security Number(s) ☐ Statement of Financial Affairs
☐ Statement of Intention ☒ Other  Amended List of Creditors Holding 20 Largest Unsecured Claims

**NOTE: IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ATTACHED.**

I/We, Jeremy Riney, the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED:  August 10, 2010

**\*\*FOR COURT USE ONLY\*\***

*/s/ Jeremy Riney*
Jeremy Riney \ Chief Executive Officer
*Debtor Signature*

*Co-Debtor Signature*

**\*\*SEE PROOF OF SERVICE\*\***

B-1008 *Revised November 2003*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re   PROJECT PLAYLIST, INC., a Delaware corporation

Debtor(s)

Case No.   2:10-bk-42927-TD

Chapter   11

## AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Universal Music Group Recordings, Inc<br>2220 Colorado Avenue<br>Santa Monica, CA 90404 | (310) 865-5000; (310) 865-0560 | Promissory Note | Disputed<br><br>Subject to disputed UCC-1. Value of security unknown. | 16,644,267.00 |
| Atlantic Recording Corporation, Elektra Entertainment Group, Inc., Warner Bros. Records Inc., Warner Music, Inc., Warner/Chappell Music, Inc<br>75 Rockefeller Plaza<br>New York, NY 10019 | (212) 275-2000 | Promissory Note | | 4,143,093.00 |
| Sony Music Entertainment<br>Sony Music Entertainment Canada<br>550 Madison Avenue<br>New York, NY 10022 | (212) 833-8000 | Licensing | | 3,150,000.00 |
| EMI Music North America<br>150 5th Avenue<br>New York, NY 10011 | (212) 786-8000 | Promissory Note | Disputed | 2,103,080.00 |
| Music and Entertainment Rights Licensing Independent Network BV<br>Damrak 277, Kamer 38, 1012 ZJ Amsterdam<br>The Netherlands | 44(0)207-183-2445 | Promissory Note | | 1,680,000.00 |
| Limelight Networks<br>2220 West 14th Street<br>Tempe, AZ 85281 | (602) 850-5079 | Purchased Services | | 803,470.00 |
| American Society of Composers, etc.<br>(ASCAP)<br>One Lincoln Plaza<br>New York, NY 10133 | (800) 652-7227 | Licensing Fees | | 377,323.00 |

B4 (Official Form 4) (12/07) - Cont.

In re    PROJECT PLAYLIST, INC., a Delaware corporation                          Case No.    2:10-bk-42927-TD
_____
                    Debtor(s)

# AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Law Offices of Robert B. Kory<br>9300 Wilshire Boulevard<br>Suite 200<br>Beverly Hills, CA 90212 | (310) 265-1631 | Legal Fees | | 351,198.00 |
| Media Breakaway<br>1490 West 121st STreet<br>Suite 201<br>Denver, CO 80234 | (303) 464-8164 | Trade Debt | | 302,148.00 |
| EMI Entertainment World<br>75 Ninth Avenue<br>New York, NY  10011 | (212) 492-1243 | Licensing Fees | | $300,000.00 |
| Sony/ATV Music Publishing<br>Attn:  EVP, Business & Legal Affairs<br>550 Madison Avenue<br>New York, NY  10022 | (212) 833-8000 | Licensing Fees | | $275,000.00 |
| Wilson Sonsini Goodrich & Rosati<br>Jack Doyle - Finance 777<br>650 Page Mill Road<br>Palo Alto, CA 94304 | (650) 493-9300 | Legal Fees | | 283,626.00 |
| Broadcast Music, Inc.<br>320 West 57th Street<br>New York, NY 10019 | (212) 220-3012 | Licensing Fees | | 135,959.00 |
| Orchard Enterprises NY, Inc.<br>23 East 4th Street<br>New York, NY 10003 | (212) 201-9280 | Purchased Services | | 113,510.00 |
| SESAC<br>55 Music Square<br>Nashville, TN 37203 | (800) 826-9996 | Licensing Fees | | 101,382.00 |
| Doubleclick<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | (650) 214-2174 | Purchased Services | | 94,000.00 |
| Jason Berman<br>800 Fifth Avenue<br>Apartment 12B<br>New York, NY 10065 | (917) 497-2622 | Consulting Fees | | 86,000.00 |
| Vindicia<br>3200 Bridge Parkway<br>Suite 202<br>Redwood City, CA 94065 | (650) 264-4700 | Purchased Services | | 76,250.00 |
| New Motion<br>42 Corporate Park<br>Suite 250<br>Irvine, CA 92606 | (949) 777-3700 | Trade Debt | | 75,000.00 |
| Davis Shapiro Lewit & Hayes, LLP<br>689 Fifth Avenue<br>5th Floor<br>New York, NY 10022 | (212) 230-5500 | Legal Fees | | 66,035.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   PROJECT PLAYLIST, INC., a Delaware corporation                     Case No.   2:10-bk-42927-TD
_____
                          Debtor(s)

# AMENDED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   August 10, 2010                          Signature   */s/ Jeremy Riney*
                                                            Jeremy Riney
                                                            Chief Executive Officer

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

EMI Entertainment World
75 Ninth Avenue
New York, NY 10011


Sony/ATV Music Publishing
Attn: EVP, Business & Legal Affair
550 Madison Avenue
New York, NY 10022

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| David S. Kupetz (CA State Bar No. 125062)<br>Mark S. Horoupian, Esq. (CA State Bar No. 175373)<br>SulmeyerKupetz, APC<br>333 South Hope Street<br>35th Floor<br>Los Angeles, CA 90071-1406<br>213.626.2311 Fax: 213.629.4520<br><br>☒ *Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>PROJECT PLAYLIST, INC., a Delaware corporation<br>                                                             Debtor(s). | CASE NO.:<br>CHAPTER: 11<br>ADV. NO.: |
|---|---|

**ELECTRONIC FILING DECLARATION**
**(CORPORATION/PARTNERSHIP)**

| ☒ | Petition, statement of affairs, schedules or lists | Date Filed: | August 6, 2010 |
|---|---|---|---|
| ☐ | Amendments to the petition, statement of affairs, schedules or lists | Date Filed: | |
| ☐ | Other: | Date Filed: | |

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and have provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

| _/s/ (signature)_ | August 6, 2010 |
|---|---|
| *Signature of Authorized Signatory of Filing Party* | Date |
| Jeremy Riney | |
| *Printed Name of Authorized Signatory of Filing Party* | |
| Chief Executive Officer | |
| *Title of Authorized Signatory of Filing Party* | |

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration, the Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

| /s/ Mark S. Horoupian | August 6, 2010 |
|---|---|
| *Signature of Attorney for Filing Party* | Date |
| David S. Kupetz, Esq.<br>Mark S. Horoupian, Esq.<br>SulmeyerKupetz, APC | |
| *Printed Name of Attorney for Filing Party* | |

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*November 2006*

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy