| | |
|---|---|
| David S. Kupetz (CA Bar No. 125062)<br>  *dkupetz@sulmeyerlaw.com*<br>Mark S. Horoupian (CA Bar No. 175373)<br>  *mhoroupian@sulmeyerlaw.com*<br>Marcus A. Tompkins (CA Bar No. 190922)<br>  *mtompkins@sulmeyerlaw.com*<br>**Sulmeyer**Kupetz<br>A Professional Corporation<br>333 South Hope Street, Thirty-Fifth Floor<br>Los Angeles, California  90071-1406<br>Telephone:   213.626.2311<br>Facsimile:    213.629.4520<br><br>[Proposed] Attorneys for Project Playlist, Inc.,<br>Debtor and Debtor in Possession<br><br>Robert B. Kory (CA Bar No. 110750)<br>  rkory@rbklaw.com<br>Michelle Rice (CA Bar No. 235189)<br>  mrice@rbklaw.com<br>Law Offices of Robert Kory<br>9300 Wilshire Boulevard., Suite 200<br>Beverly Hills, CA  90212<br>Telephone:   310-285-1630<br>Facsimile:    310-278-7641<br><br>[Proposed] Special Litigation and Corporate<br>Counsel for Debtor and Debtor in Possession | **FILED & ENTERED**<br><br>SEP 01 2010<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY penning  DEPUTY CLERK** |

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>PROJECT PLAYLIST, INC.,<br>a Delaware Corporation, fdba Music America, Inc., fdba Music America Records, fdba Projectplaylist.org, fdba Projectplaylist.com, dba Playlist.com, fdba Project Playlist,<br><br>            Debtor in Possession. | Case No. 2:10-bk-42927 TD<br><br>Chapter 11<br><br>**STIPULATED ORDER GRANTING USE OF PURPORTED CASH COLLATERAL PURSUANT TO SECTION 363(c) OF THE BANKRUPTCY CODE AND RULE 4001(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE [DKT NO. 15]**<br><br>**DATE:**    August 25, 2010<br>**TIME:**    10:00 a.m.<br>**PLACE:**  U.S. Bankruptcy Court<br>               Courtroom 1345<br>               255 E. Temple Street<br>               Los Angeles, CA  90012 |

MHOROUPIAN\ 679387.1

**IN SAID DISTRICT, AT LOS ANGELES, CALIFORNIA, AT THE TIME AND PLACE DESCRIBED ABOVE:**

A hearing was conducted on the *"Motion On Shortened Time for Interim and Final Orders Authorizing Use of Purported Cash Collateral Pursuant to Section 363(c) of the Bankruptcy Code and Rule 4001(b) of the Federal Rules of Bankruptcy Procedures"* [Dkt No. 15] (the "Motion") filed by Project Playlist, Inc., the debtor and debtor in possession herein (the "Debtor") for authority to use cash collateral. Mark S. Horoupian, of **Sulmeyer**Kupetz, and Robert Kory, of the Law Offices of Robert Kory, appeared on behalf of the Debtor; Wayne Terry, of Hemar Rousso & Heald, appeared on behalf of secured creditor UMG Recordings, Inc., UMG Recording Services, Inc. and Universal Music Publishing Group (collectively, "UMG"); Garrick Hollander, of Winthrop Couchot, appeared on behalf of related-debtor Playlist, Inc ("Playlist"). (The Debtor and Playlist may be collectively referred to herein as "PPL".)

Based upon the Motion, the agreement reached between the Debtor, UMG and Playlist (which was read on the record at the hearing), and based upon the signatures approving the form of this Stipulated Order attached as Exhibit "1" hereto, the Court hereby **ORDERS THAT:**

1. Subject to the payments being made in paragraph 3, the Debtor will be authorized to use cash collateral of UMG for a period of 62 days, commencing on August 25, 2010 and ending on October 27, 2010 (the "Budget Period"), in accordance with the budget, which was attached as Exhibit "1" to the Motion (the "Budget"). As requested in the Motion, the Debtor shall be entitled to a variance of up to 15% per line item and 10% of the cumulative expenditures under the Budget.

2. Subject to the payments being made in paragraph 3 during the Budget Period, UMG consents to Playlist's use of $118,000 of cash collateral for directors' and officers' liability insurance, health insurance and professional fees.

3. The Debtor shall pay UMG a total of $400,000 as an adequate protection and forbearance payment, payable $200,000 on or before September 15,

2010, and $200,000 on or before October 15, 2010. During the Budget Period, and provided that the payments are made, UMG will release Debtor, Playlist and its principals, employees, consultants (as listed in the Budget), shareholders, directors, officers and Attorneys[1] from liability for copyright infringement and/or breach of contract occurring during the Budget Period, arising solely out of the Debtor's continued operation of its service that displays music search results and user playlists and provides streaming of such music from third-party sites (the "Service").

        4.     During the Budget Period, PPL will work with investors to allow them to complete their due diligence and reach an agreement regarding their intent to fund, and to reach license agreements with all of the music industry labels.

        5.     Other than with respect to the operation of the Service during the Budget Period, the rights of UMG to argue that: (a) PPL is violating its copyrights or is or has been in breach of the parties' settlement agreement(s), license(s) or promissory note(s); or (b) that it is accruing a postpetition administrative claim against the Estate will not be prejudiced in any way. Rather, these rights will be specifically reserved to the end of the Budget Period.

        6.     During the Budget Period, PPL will not file any avoidance actions against UMG.

        7.     During the Budget Period, PPL agrees that if they seek to sell their assets to a buyer that they will disclose to UMG the terms of such sale, including the identity of any buyer five (5) days before filing any motion to seek the approval of the sale.

        8.     Robert Zangrillo will immediately resign as Chairman of the Board of Playlist; Paul Gardi will remain as the sole officer and director of Playlist.

---

[1] "Attorneys" shall mean the following law firms (including all professionals and staff employed at said firms): **Sulmeyer**Kupetz; Winthrop Couchot; Law Offices of Robert Kory; Rincon Venture Law Group (K. Andrew Kent); and Quinn Emanuel Urquhart Oliver & Hedges.

MHOROUPIAN\ 679387.1     - 3 -

9. On October 27, 2010, the Court will conduct a final hearing on the Debtor's Cash Collateral Motion. Any further pleading by the Debtor or Playlist in support of cash collateral use, including a report of the progress towards closing an investment or other transaction, shall be filed and served fifteen (15) days before the hearing, with any further opposition by UMG or any other party due seven (7) days before the hearing. All pleadings must be hand delivered to the Court so they are actually received by the Court on the date due.

**IT IS SO ORDERED.**

# # #

DATED: September 1, 2010

_Thomas B. Donovan_
United States Bankruptcy Judge

MHOROUPIAN\ 679387.1                           - 4 -

# EXHIBIT "1"

# EXHIBIT "1"

## CONSENT TO STIPULATED ORDER

The parties below, by their signature thereon, hereby acknowledge their consent and approval to the form and content of the *"Stipulated Order Granting Use Of Purported Cash Collateral Pursuant To Section 363(c) Of The Bankruptcy Code And Rule 4001(b) Of The Federal Rules Of Bankruptcy Procedure."*

### AGREED AND APPROVED AS TO FORM AND CONTENT:

DATED: August 27, 2010

**SulmeyerKupetz**
A Professional Corporation

By: /s/ Mark S. Horoupian
Mark S. Horoupian
[Proposed] Attorneys for Debtor in Possession, Project Playlist, Inc.

DATED: August 27, 2010

**Winthrop Couchot**
Professional Corporation

By: [signature]
Garrick Hollander
[Proposed] Attorneys for Debtor in Possession, Playlist, Inc.

DATED: August 27, 2010

**Hemar Rousso & Heald, LLP**

By: _____
Wayne R. Terry
Attorneys for UMG Recordings, Inc., UMG Recording Services, Inc. and Universal Music Publishing Group

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

# EXHIBIT "1"

## CONSENT TO STIPULATED ORDER

The parties below, by their signature thereon, hereby acknowledge their consent and approval to the form and content of the *"Stipulated Order Granting Use Of Purported Cash Collateral Pursuant To Section 363(c) Of The Bankruptcy Code And Rule 4001(b) Of The Federal Rules Of Bankruptcy Procedure."*

**AGREED AND APPROVED AS TO FORM AND CONTENT:**

DATED: August 27, 2010

**SulmeyerKupetz**
A Professional Corporation

By: /s/ Mark S. Horoupian
―――――――――――――――――
Mark S. Horoupian
[Proposed] Attorneys for Debtor in Possession, Project Playlist, Inc.

DATED: August 27, 2010

**Winthrop Couchot**
Professional Corporation

By: ―――――――――――――――――
Garrick Hollander
[Proposed] Attorneys for Debtor in Possession, Playlist, Inc.

DATED: August 27, 2010

**Hemar Rousso & Heald, LLP**

By: ―――――――――――――――――
Wayne R. Terry
Attorneys for UMG Recordings, Inc., UMG Recording Services, Inc. and Universal Music Publishing Group

| In re:<br>PROJECT PLAYLIST, INC., etc.,<br><br>                                    Debtor. | CHAPTER 11<br><br>CASE NO. 2:10-bk-42927 TD |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California  90071-1406

A true and correct copy of the foregoing document described as **"STIPULATED ORDER GRANTING USE OF PURPORTED CASH COLLATERAL PURSUANT TO SECTION 363(c) OF THE BANKRUPTCY CODE AND RULE 4001(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE"** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

☐ Service Information continued on attached page.

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On August 27, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow.  *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**The Honorable Thomas B. Donovan**
**U.S. Bankruptcy Court**
**Roybal Federal Building**
**255 E. Temple Street, Suite 1352**
**Los Angeles, CA 90012-3332**

☐ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R.Civ.P.5 and/or controlling LBR, on August 27, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 27, 2010 | Kathleen Fox | /s/ Kathleen Fox |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re: | CHAPTER 11 |
|---|---|
| PROJECT PLAYLIST, INC., etc., | |
| Debtor. | CASE NO. 2:10-bk-42927 TD |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled "**STIPULATED ORDER GRANTING USE OF PURPORTED CASH COLLATERAL PURSUANT TO SECTION 363(c) OF THE BANKRUPTCY CODE AND RULE 4001(b) OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**" was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order.  As of <u>August 27, 2010</u>, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

☒ Service Information continued on attached page.

**II. SERVED BY THE COURT VIA U.S. MAIL**:  A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service Information continued on attached page.

**III. TO BE SERVED BY THE LODGING PARTY:**  Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒ Service Information continued on attached page.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                       **F 9021-1.1**

| In re:<br>PROJECT PLAYLIST, INC., etc.,<br><br>Debtor. | CHAPTER 11<br><br>CASE NO. 2:10-bk-42927 TD |
|---|---|

**ADDITIONAL SERVICE INFORMATION**

**SERVED VIA NEF/E-MAIL**

- Mark S. Horoupian — Counsel for Debtor     mhoroupian@sulmeyerlaw.com
- David S. Kupetz, Esq. — Counsel for Debtor     dkupetz@sulmeyerlaw.com
- Mette H. Kurth, Esq. — Courtesy NEF     kurth.mette@arentfox.com
- Dare Law, Esq. — OUST (LA)     dare.law@usdoj.gov
- Office of the U.S. Trustee     ustpregion16.la.ecf@usdoj.gov
- Wayne R. Terry, Esq. — Counsel for UMG Recordings     wterry@hemar-rousso.com
- Marcus Tompkins — Counsel for Debtor     mtompkins@sulmeyerlaw.com

**20 LARGEST UNSECURED CREDITORS — SERVED VIA E-MAIL**

- Alhambra & Sierra Springs, Inc. — Bankruptcy Dept.     Bankruptcy@water.com
- Jason Berman     jb@bermanrosen.com
- Peter Brodsky — Sony/ATV Music Publishing     peter.brodsky@sonyatv.com
- Derek Dessler —Universal Music Group     derek.dessler@umusic.com
- Jack Doyle — Wilson Sonsini Goodrich & Rosa     JDoyle@wsgr.com
- Anna Espinoza — Quist Valuation     espinoza@quistvaluation.com
- Peter Gilhuly, Esq. — EMI Entertainment World     Peter.Gilhuly@lw.com
- Jaime Gillespie — Orchard Enterprises NY, Inc.     Jaime@theorchard.com
- Julie Guarnotta — Doubleclick     jguarnotta@google.com<br>    christopher.c@google.com
- Lisa Hauptman — Davis Shapiro Lewit & Hayes, LLP     lhauptman@davisshapiro.com
- Ellen Hochberg — Sony Music Ent.     Ellen.Hochberg@sonymusic.com
- Virginia Williams — BMI     VWilliams@BMI.com
- Robert B. Kory — Law Offices     rkory@rbklaw.com<br>    fokshtein@rbklaw.com
- Charlie Lexton — Music & Ent. Rights Licensing Ind. Network BV/MERLIN     charlie@merlinnetwork.org
- Justin Levenson — SESAC     jlevenson@SESAC.com
- Doug Lindroth, CFO — Limelight Networks, Inc.     dlindroth@llnw.com
- Susan Meisel, Esq. — Sony/ATV Music Publishing/Sony BMG Music Ent./ Sony Music Ent/.Sony Music Ent. Canada/Total Music, Inc.     susan.meisel@sonymusic.com<br>    peter.brodsky@sonyatv.com<br>    Ellen.Hochberg@sonymusic.com
- Christine Pepe, Esq. — ASCAP     CPepe@ascap.com
- Mark Resnick — Vindicia, Inc.     mresnick@vindicia.com
- Steven S. Richter, Esq. — Media Breakaway, LLC     Steve@MediaBreakaway.com
- Paul Robinson, Esq. — Atlantic Recording Corp./Elektra Ent. Group, Inc./     paul.robinson@wmg.com
-     Warner Bros. Records, Inc./Warner Music, Inc./Warner/Chappell Music, Inc.
- Stuart Rosen — BMI     SRosen@bmi.com
- Matthew Rothman — EMI Entertainment World/EMI Music Marketing/     Matthew.Rothman@emicap.com
-     EMI Music N.A.
- Claude M. Stern, Esq. — Quinn Emanuel Urquhart & Sullivan, LLP     claudestern@quinnemanuel.com
- Adam Weinstein, Esq. — New Motion, Inc./M.E.R.L.I.N./Atrinsic, Inc.     adam.weinstein@atrinsic.com
- Mark J. Winthrop, Esq. — Counsel for Playlist, Inc.     mwinthrop@winthropcouchot.com<br>    pj@winthropcouchot.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*     **F 9013-3.1**