| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Mark S. Horoupian, Esq./SulmeyerKupetz, APC<br>333 South Hope Street<br>35th Floor<br>Los Angeles, CA 90071-1406<br>213.626.2311 Fax: 213.629.4520<br>California State Bar Number: 175373<br><br>*Attorney for Debtor* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>PROJECT PLAYLIST, INC., a Delaware corporation<br><br><div align="right">Debtor(s),<br>Plaintiff(s),<br>Defendant(s).</div> | CASE NO.: 2:10-bk-42927-TD<br>ADV. NO.:<br>CHAPTER:   11 |
|---|---|

## Corporate Ownership Statement Pursuant to
## FRBP 1007(a)(1) and 7007.1, and LBR 1007-4

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __Jeremy Riney_____ , the undersigned in the above-captioned case, hereby declare
(Print Name of Attorney or Declarant)

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:

    ☒ I am the president or other officer or an authorized agent of the debtor corporation

    ☐ I am a party to an adversary proceeding

    ☐ I am a party to a contested matter

    ☐ I am the attorney for the debtor corporation

2.a. ☒ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

    See Addendum

b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| /s/ Jeremy Riney | September 10, 2010 |
|---|---|
| Signature of Attorney or Declarant | Date |

Jeremy Riney
Printed Name of Attorney or Declarant

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2009                                                                                                    F 1007-4

| In re | CHAPTER 11 |
|---|---|
| PROJECT PLAYLIST, INC., a Delaware corporation<br>Debtor. | CASE NUMBER 2:10-bk-42927-TD |

## Addendum to Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

JR Capital Partners, LLC
9300 Wilshire Boulevard
Suite 200
Beverly Hills, CA 90212

Playlist, Inc.
444 High Street
Suite 220
Palo Alto, CA 94301

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2009                                                                                                                                    F 1007-4

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                 Best Case Bankruptcy

# United States Bankruptcy Court
## Central District of California

In re    PROJECT PLAYLIST, INC., a Delaware corporation    Case No. 2:10-bk-42927-TD
                             Debtor
                                                          Chapter    11

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Alice Lankester<br>894 Parma Way<br>Los Altos, CA 94024 | | 103,100.00 | Common Stock |
| Amidzad Partners II, LLC<br>353 University Avenue<br>Palo Alto, CA 94301 | | 450,000.00 | Series A |
| Anders Klemmer<br>2582 Clay Street<br>San Francisco, CA 94115 | | 900,000.00 | Common Stock |
| Anniruddha Gadre<br>9710 North 27th Street<br>Bellevue, WA 98004 | | 206,250.00 | Common Stock |
| Anthony Martin<br>1060 Los Altos Avenue<br>Los Altos, CA 94022 | | 397,500.00 | Common Stock |
| Blake Elder<br>633 South Road<br>Belmont, CA 94002 | | 52,500.00 | Common Stock |
| Christopher Otto<br>894 Guererro Street<br>San Francisco, CA 94110 | | 68,756.00 | Common Stock |
| Claudia Tomaso<br>Post Office Box 60091<br>Palo Alto, CA 94306 | | 120,000.00 | Common Stock |
| EMI Recorded Music Holdings, Inc.<br>Attn: EMI Music North America<br>General Counsel | | 1,001,463.00 | Common Stock |
| Jason Berman<br>800 Fifth Avenue<br>Apartment 12B<br>New York, NY 10065 | | 2,475,000.00 | Common Stock |
| Jeffrey Engelmann | | 300,000.00 | Common Stock |

___2___ continuation sheets attached to List of Equity Security Holders

Case 2:10-bk-42927-TD    Doc 43    Filed 09/10/10    Entered 09/10/10 14:38:27    Desc
Main Document      Page 4 of 9

In re     PROJECT PLAYLIST, INC., a Delaware corporation                              Case No. 2:10-bk-42927-TD
_____,
                                  Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| JR Capital Partners, LLC<br>9300 Wilshire Boulevard<br>Suite 200<br>Beverly Hills, CA 90212 | | 36,287,653.00 | Common Stock |
| Karen Katz<br>196 Meadowood Drive<br>Portola Valley, CA 94028 | | 2,886,000.00 | Common Stock |
| KR Capital Partners, LLC<br>9300 Wilshire Boulevard<br>Suite 200<br>Beverly Hills, CA 90212 | | 2,946,247.00<br>300,000.00 | Common Stock/Series A |
| Playlist Capital, LLC<br>444 High Street<br>Suite 220<br>Palo Alto, CA 94301 | | 4,200,000.00 | Series A |
| Playlist Investments, LLC<br>444 High Street<br>Suite 220<br>Palo Alto, CA 94301 | | 8,250,000.00 | Common Stock |
| PPL Holding LLC<br>2435 West Buttermilk Road<br>Aspen, CO 81611 | | 4,800,000.00 | Series A |
| PPL Investments, LLC<br>2435 West Buttermilk Road<br>Aspen, CO 81611 | | 900,000.00 | Series A |
| Ram Prayaga<br>21815 Martinez Street<br>Woodland Hills, CA 91364 | | 516,099.00 | Common Stock |
| Robert Kory<br>9300 Wilshire Boulevard<br>Suite 200<br>Beverly Hills, CA 90212 | | 1,950,000.00 | Common Stock |
| Robert Zangrillo<br>575 Market Street<br>14th Floor<br>San Francisco, CA 94105 | | 1,950,000.00 | Common Stock |
| Shawn Gold<br>8467 Brier Drive<br>Los Angeles, CA 90046 | | 825,000.00 | Common Stock |

Sheet  1  of  2  continuation sheets attached to the List of Equity Security Holders

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                                                Best Case Bankruptcy

In re    PROJECT PLAYLIST, INC., a Delaware corporation ,    Case No. 2:10-bk-42927-TD
                                    Debtor

# LIST OF EQUITY SECURITY HOLDERS
(Continuation Sheet)

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Sony Music Entertainment<br>Attn: General Counsel<br>550 Madison Avenue<br>New York, NY 10022 | | 1,150,068.00 | Common Stock |
| TS Ramakrishnan<br>15020 Park Drive<br>Saratoga, CA 95070 | | 206,250.00 | Common Stock |
| Universal Music Investments, Inc.<br>2220 Colorado Avenue<br>Santa Monica, CA 90404 | | 3,165,751.00 | Common Stock |
| Warner Music, Inc.<br>Attn: Exec. VP & General Counsel<br>75 Rockefeller Plaza<br>New York, NY 10019 | | 1,023,592.00 | Common Stock |
| Wizard Investments, LLP<br>854 Guanajuato Drive<br>Claremont, CA 91711 | | 5,100,000.00 | Series A |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    September 10, 2010                           Signature /s/ Jeremy Riney
                                                     Jeremy Riney
                                                     Chief Executive Officer

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

Sheet  2  of  2  continuation sheets attached to the List of Equity Security Holders

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| Mark S. Horoupian, Esq./SulmeyerKupetz, A Professional Corporation<br>333 South Hope Street<br>35th Floor<br>Los Angeles, CA 90071-1406<br>213.626.2311 Fax:213.629.4520<br>CA State Bar Number: 175373 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>PROJECT PLAYLIST, INC., a Delaware corporation<br><br>Debtor. | CHAPTER 11<br>CASE NUMBER 2:10-bk-42927-TD<br><br>(No Hearing Required) |
|---|---|

# VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
*(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1. Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*):

   **444 High Street, Suite 300, Palo Ato, California 94301**

2. Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

   **444 High Street, Suite 300, Palo Alto, California 94301**

3. Disclose the current business address(es) for all corporate officers:

   **9300 Wilshire Boulevard, Suite 200, Beverly Hills, California 90212**

   **444 High Street, Suite 220, Palo Alto, California 94301**

4. Disclose the current business address(es) where the Debtor's books and records are located:

   **9300 Wilshire Boulevard, Suite 200, Beverly Hills, California 90212**

   **444 High Street, Suite 220, Palo Alto, California 94301**

5. List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

   **9300 Wilshire Boulevard, Suite 200, Beverly Hills, California 90212**

   **444 High Street, Suite 220, Palo Alto, California 94301**

---

Venue Disclosure Form for Corporations Filing Chapter 11 - Page 2    **VEN-C**

| In re | CHAPTER 11 |
|---|---|
| PROJECT PLAYLIST, INC., a Delaware corporation<br>Debtor. | CASE NUMBER |

6. Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

   **N/A**

7. State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*:

   **Jeremy Riney**

8. Total number of attached pages of supporting documentation: _-0-_

9. I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on _September 10, 2010_, at _Beverly Hills_, California.

JEREMY RINEY                                          /s/ Jeremy Riney
*Type Name of Officer*                                *Signature of Declarant*

CHIEF EXECUTIVE OFFICER
*Position or Title of Officer*

*Rev. 12/99*  This form is required pursuant to General Order 97-02. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **VEN-C**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                Best Case Bankruptcy

**United States Bankruptcy Court**
Central District of California

In re  PROJECT PLAYLIST, INC., a Delaware corporation    Case No.  2:10-bk-42927-TD
Debtor(s)    Chapter  11

# RIDER TO VENUE DISCLOSURE FORM

The "nerve center" of the Debtor is located in Los Angeles County, California, where the Debtor's President and Chief Executive Officer resides, and where all decisions are made regarding, among other things, financing issues and alternatives, locations to be closed or acquired, restructuring and reorganization options, and all other major decisions regarding the direction of the debtor's business.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   None.

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   None.

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   None.

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
   None.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  Beverly Hills , California.           /s/ Jeremy Riney
                                                    Jeremy Riney
Dated       September 10, 2010                      Debtor

                                                    Joint Debtor

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                              F 1015-2.1

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy