```
 1  PETER C. ANDERSON
    UNITED STATES TRUSTEE
 2  JILL STURTEVANT SBN 089395
    ASSISTANT UNITED STATES TRUSTEE
 3  RUSSELL CLEMENTSON, SBN 143284
    TRIAL ATTORNEY
 4  OFFICE OF THE UNITED STATES TRUSTEE
    725 South Figueroa Street, Suite 2600
 5  Los Angeles, California 90017
    Telephone: (213) 894-4505; Facsimile: (213) 894-2603
 6  E-mail: russell.clementson@usdoj.gov
 7
 8
                      UNITED STATES BANKRUPTCY COURT
 9                    CENTRAL DISTRICT OF CALIFORNIA
                            LOS ANGELES DIVISION
10
```

| | |
|---|---|
| In re: | Chapter 11 (Jointly Administered) |
| **PROJECT PLAYLIST, INC., a Delaware,** Corporation, | Case No. 2:10-bk-42927-TD<br>Case No. 2:10-bk-42946-TD |
| In re:<br>**PLAYLIST, INC.**<br><br>__ Affects Project Playlist, Inc.<br>__ Affects Playlist, Inc.<br>x_ Affects both | **AMENDED NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS**<br><br>(No Hearing Required) |

Pursuant to 11 U.S.C. Section 1102(a), the undersigned hereby appoints the following five (5) Creditors to serve on the Committee of Creditors holding unsecured claims effective September 21, 2010.

SEE EXHIBIT A ATTACHED

Dated: 9\21\10

PETER C. ANDERSON
United States Trustee

By _____
Jill Sturtevant
Assistant United States Trustee

# Exhibit "A"

Exhibit "A"

EXHIBIT A

In re: PROJECT PLAYLIST, INC.; 2:10-bk-42927-TD and PLAYLIST, INC.; 2:10-bk-42946-TD

Limelight Networks, Inc.
Attn: Philip C. Maynard, Senior Vice President & Chief Legal Officer
2220 W. 14th Street
Temple, AZ 85281
Telephone: (602) 850-4815
E-mail: phil@llnw.com

EMI Music North America
Attn: Matthew Rothman, Director of Legal Affairs
150 5th Avenue
New York, NY 10011
Telephone: (212) 786-6814
E-mail: matthew.rothman@emicap.com

Orchard Enterprises NY, Inc.
Attn: Jason Pascal, V.P. and Senior Counsel - The Orchard
23 East 4th Street, 3rd Floor
New York, NY 10003
Telephone: (212) 201-9294
E-mail: pascal@theorchard.com

Media Breakway
Attn: Steven Richter, President and General Counsel
1490 W. 121st Avenue, Suite 201
Westminister, CO 80234
Telephone: (303) 920-7941
E-mail: steve@mediabreakaway.com

Sony Music Entertainment
Attn: Ellen Hochberg, Senior Director, Business & Legal Affairs
550 Madison Avenue
New York, NY 10022
Telephone: (212) 833-7670
E-mail: ellen.hochberg@sonymusic.com

///

///

2

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

725 South Figueroa Street, Suite 2600, Los Angeles, California 90017-1574

A true and correct copy of the foregoing document described as: **AMENDED NOTICE OF APPOINTMENT AND APPOINTMENT OF COMMITTEE OF CREDITOR'S HOLDING UNSECURED CLAIMS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.    **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **September 21, 2010** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

II.    **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **September 21, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☒    Service information continued on attached page

III.    **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **September 21, 2010** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed. **Upon filing I will be giving a filed document to a Court delivery service consistent with our normal business practice, with instruction to deliver the copy to the chamber bin Outside Suite1352 for the Honorable Thomas B. Donovan.**

**SEE ATTACHED SERVICE LIST (IF APPLICABLE)**

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| September 21, 2010 | Stephanie Hill | *Stephanie Hill* |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                        **F.9013-3.1.PROOF.OF.SERVICE**

### ADDITIONAL SERVICE INFORMATION

### TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- Garrick A Hollander   sconnor@winthropcouchot.com
- Mark S Horoupian   mhoroupian@sulmeyerlaw.com
- David S Kupetz   dkupetz@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- Mette H Kurth   kurth.mette@arentfox.com
- Dare Law   dare.law@usdoj.gov
- Richard Levy   rlevy@pryorcashman.com
- Wayne R Terry   wterry@hemar-rousso.com
- Marcus Tompkins   mtompkins@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
- Marc J Winthrop   mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

II.   **SERVED BY U.S. MAIL OR OVERNIGHT MAIL:**

**DEBTOR:**
**Project Playlist, Inc., a Delaware Corporation**
444 High Street
Suite 220
Palo Alto, CA 94301

**Playlist, Inc.**
444 High St Ste 220
Palo Alto, CA 94301

**DEBTOR'S COUNSEL:**
**Mark S Horoupian**
333 S Hope St 35th Fl
Los Angeles, CA 90071-1406

**David S Kupetz**
Sulmeyer Kupetz
333 S Hope St 35th Fl
Los Angeles, CA 90071

**Marcus Tompkins**
Sulmeyer Kupetz
333 S Hope St 35th Fl
Los Angeles, CA 90071

**COMMITTEE OF CREDITOR'S**
Limelight Networks, Inc.
Attn: Philip C. Maynard, Senior Vice President & Chief Legal Officer
2220 W. 14th Street
Temple, AZ 85281

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                    F.9013-3.1.PROOF.OF.SERVICE

4

EMI Music North America
Attn: Matthew Rothman, Director of Legal Affairs
150 5th Avenue
New York, NY 10011

Orchard Enterprises NY, Inc.
Attn: Jason Pascal, V.P. and Senior Counsel - The Orchard
23 East 4th Street, 3rd Floor
New York, NY 10003

Media Breakaway
Attn: Steven Richter, President and General Counsel
1490 W. 121st Avenue, Suite 201
Westminster, CO 80234

Sony Music Entertainment
Attn: Ellen Hochberg, Senior Director, Business & Legal Affairs
550 Madison Avenue
New York, NY 10022

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

F.9013-3.1.PROOF.OF.SERVICE

5