Mark S. Horoupian (CA Bar No. 175373)
mhoroupian@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone: 213.626.2311
Facsimile: 213.629.4520

General Bankruptcy Counsel for Project Playlist, Inc.,
Debtor and Debtor in Possession

Robert B. Kory (CA Bar No. 110750)
rkory@rbklaw.com
Law Offices of Robert Kory
9300 Wilshire Boulevard., Suite 200
Beverly Hills, CA 90212
Telephone: 310-285-1630
Facsimile: 310-278-7641

Special Litigation and Corporate Counsel for
Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>PROJECT PLAYLIST, INC.,<br>a Delaware Corporation,<br>Case No. 2:10-bk-42927 TD<br><br>Debtor. | Case No. 2:10-bk-42927 TD<br><br>Chapter 11<br><br>(Jointly Administered with<br>Case No. 2:10-bk-42946 TD) |
| In re<br><br>PLAYLIST, INC.,<br>a Delaware Corporation,<br>Case No. 2:10-bk-42946 TD<br><br>Debtor. | **SUPPLEMENT TO DEBTORS' UPDATED PLEADING IN SUPPORT OF FURTHER USE OF CASH COLLATERAL AND DISCLOSURE OF COMPROMISE REACHED IN CONNECTION WITH FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL**<br><br>[Related to Dkt No. 15] |
| ___ Affects PROJECT PLAYLIST, INC. only<br>___ Affects PLAYLIST, INC. only<br>_X_ Affects both Debtors | **DATE:** October 27, 2010<br>**TIME:** 11:00 a.m.<br>**PLACE:** U.S. Bankruptcy Court<br>Courtroom 1345<br>255 E. Temple Street<br>Los Angeles, CA 90012 |

MHOROUPIAN\ 687946.1

1    Project Playlist, Inc., a Delaware Corporation ("PPL"), and Playlist, Inc., a
2 Delaware Corporation ("Playlist"), debtors and debtors in possession in the above-
3 captioned jointly administered cases (collectively, the "Debtors"), hereby files their
4 Supplement to *"Updated Pleading In Support of Further Use of Cash Collateral and*
5 *Disclosure of Compromise Reached in Connection with Final Order Authorizing Use of*
6 *Cash Collateral"* (the "Updated Further Pleading"), filed on October 20, 2010 [Dkt No. 69].

7    The Updated Further Pleading was filed for the purpose of advising the
8 Court and interested parties of a compromise that had been reached with the Debtors'
9 secured creditor, Universal Music Group, *et al.* ("UMG"), and three out of the four "Other
10 Labels"[1] regarding the further use of cash collateral. At the time that the Updated Further
11 Pleading was filed, music label EMI Music North America (together with its affiliates,
12 "EMI") had not yet provided its response to the proposed resolution. On October 22,
13 2010, counsel for EMI advised counsel for PPL that EMI had agreed to consent to the
14 proposed use of cash collateral (as described more fully in the Updated Further
15 Pleading).

17  DATED: October 22, 2010          **Sulmeyer**Kupetz
                                     A Professional Corporation

19                                   By:  */s/ Mark S. Horoupian*
20                                        Mark S. Horoupian
                                          General Bankruptcy Counsel for
21                                        Project Playlist, Inc., Debtor and
                                          Debtor in Possession

---

[1] The "Other Labels" were defined as EMI, Sony Music Entertainment (together with its affiliates, "Sony"), Music and Entertainment Rights Licensing Independent Network BV (together with its affiliates, "Merlin") and Warner Music Group and Atlantic Recording Corporation (collectively with their affiliates, "Warner").

SulmeyerKupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

| In re: | CHAPTER 11 |
|---|---|
| PROJECT PLAYLIST, INC., | CASE NO. 2:10-bk-42927 TD |
| Debtor. | (Joint Adm. w/ Case No. 2:10-bk-42946 TD) |

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406

A true and correct copy of the foregoing document described as **"SUPPLEMENT TO DEBTORS' UPDATED PLEADING IN SUPPORT OF FURTHER USE OF CASH COLLATERAL AND DISCLOSURE OF COMPROMISE REACHED IN CONNECTION WITH FINAL ORDER AUTHORIZING USE OF CASH COLLATERAL"** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 22, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

- Roger Friedman Esq. — Courtesy NEF   rfriedman@rutan.com
- Eric J. Fromme, Esq. — Courtesy NEF   efromme@rutan.com
- Alan S. Gutman, Esq. — Counsel for WMG Entities *(Atlantic Recording Corp., Elektra Ent. Group, Inc., Warner Music, Inc., Warner Bros. Records, Inc. and Warner/Chappell Music, Inc.)*   alangutman@gutmanlaw.com
- Garrick Hollander, Esq. — Counsel for Debtor Playlist, Inc.   sconnor@winthropcouchot.com
- Mark S. Horoupian — Counsel for Debtor Project Playlist, Inc.   mhoroupian@sulmeyerlaw.com
- David S. Kupetz, Esq. — Counsel for Debtor Project Playlist, Inc.   dkupetz@sulmeyerlaw.com
- Dare Law, Esq. — OUST (LA)   dare.law@usdoj.gov
- Richard Levy, Esq. — Courtesy NEF   rlevy@pryorcashman.com
- Office of the U.S. Trustee [LA]   ustpregion16.la.ecf@usdoj.gov
- Wayne R. Terry, Esq. — Counsel for UMG Recordings   wterry@hemar-rousso.com
- Marcus Tompkins — Counsel for Debtor Project Playlist, Inc.   mtompkins@sulmeyerlaw.com

☐ Service Information continued on attached page.

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):** On October 22, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

The Honorable Thomas B. Donovan
U.S. Bankruptcy Court
255 E. Temple St., Suite 1352
Los Angeles, CA 90012-3332

☐ Service Information continued on attached page.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
KFOX\ 681890.1

**F 9013-3.1**

| In re: | CHAPTER 11 |
|---|---|
| PROJECT PLAYLIST, INC., | CASE NO. 2:10-bk-42927 TD |
| Debtor. | (Joint Adm. w/ Case No. 2:10-bk-42946 TD) |

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on October 22, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 22, 2010 | Kathleen Fox | /s/ Kathleen Fox |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
KFOX\ 681890.1

**F 9013-3.1**

| In re: | CHAPTER 11 |
|---|---|
| PROJECT PLAYLIST, INC., | CASE NO. 2:10-bk-42927 TD |
| Debtor. | (Joint Adm. w/ Case No. 2:10-bk-42946 TD) |

## ADDITIONAL SERVICE INFORMATION

### PROJECT PLAYLIST CREDITORS' COMMITTEE MEMBERS

- EMI Music N.A. — Matthew Rothman, Director of Legal Affairs — matthew.rothman@emicap.com
- Limelight Networks, Inc. — Philip C. Maynard, Senior V.P. & CLO — phil@llnw.com
- Media Breakaway — Steven Richter, Esq., President & General Counsel — steve@mediabreakaway.com
- Orchard Enterprises NY, Inc. — Jason Pascal, Esq., V.P. & Senior Counsel — pascal@theorchard.com
- Sony Music Ent. — Ellen Hochberg, Senior Director, Business & Legal Affairs — ellen.hochberg@sonymusic.com

### REQUEST FOR SPECIAL NOTICE

- Sarah Harnett, Esq. — Counsel for WMG Entities — sharnett@paulweiss.com
- Brian S. Hermann, Esq. — Counsel for WMG Entities — bhermann@paulweiss.com
- P.J. Marksbury — Winthrop Couchot — pj@winthropcouchot.com
- Silda Palerm, Esq. — Warner Music Group Corp. — silda.palerm@wmg.com
- Marc J. Winthrop, Esq. — Counsel for Debtor Playlist, Inc. — mwinthrop@winthropcouchot.com

### 20 LARGEST UNSECURED CREDITORS — SERVED VIA E-MAIL

- Alhambra & Sierra Springs, Inc. — Bankruptcy Dept. — Bankruptcy@water.com
- Jason Berman — jb@bermanrosen.com
- Peter Brodsky — Sony/ATV Music Publishing — peter.brodsky@sonyatv.com
- Derek Dessler — Universal Music Group — derek.dessler@umusic.com
- Jack Doyle — Wilson Sonsini Goodrich & Rosa — JDoyle@wsgr.com
- Anna Espinoza — Quist Valuation — espinoza@quistvaluation.com
- Peter Gilhuly, Esq. — EMI Entertainment World — Peter.Gilhuly@lw.com
- Julie Guarnotta — Doubleclick — jguarnotta@google.com / christopher.c@google.com
- Lisa Hauptman — Davis Shapiro Lewit & Hayes, LLP — lhauptman@davisshapiro.com
- Virginia Williams — BMI — VWilliams@BMI.com
- Robert B. Kory — Law Offices — rkory@rbklaw.com / fokshtein@rbklaw.com
- Charlie Lexton, Esq. — Music & Ent. Rights Licensing Ind. Network BV/MERLIN — charlie@merlinnetwork.org
- Justin Levenson — SESAC — jlevenson@SESAC.com
- Susan Meisel, Esq. — Sony/ATV Music Publishing/Sony BMG Music Ent./Sony Music Ent/.Sony Music Ent. Canada/Total Music, Inc. — susan.meisel@sonymusic.com / peter.brodsky@sonyatv.com / Ellen.Hochberg@sonymusic.com
- Christine Pepe, Esq. — ASCAP — CPepe@ascap.com
- Mark Resnick — Vindicia, Inc. — mresnick@vindicia.com
- Steven S. Richter, Esq. — Media Breakaway, LLC — Steve@MediaBreakaway.com
- Paul Robinson, Esq. — Atlantic Recording Corp./Elektra Ent. Group, Inc./
-     Warner Bros. Records, Inc./Warner Music, Inc./Warner/Chappell Music, Inc. — paul.robinson@wmg.com
- Stuart Rosen — BMI — SRosen@bmi.com
- Claude M. Stern, Esq. — Quinn Emanuel Urquhart & Sullivan, LLP — claudestern@quinnemanuel.com
- Adam Weinstein, Esq. — New Motion, Inc./Atrinsic, Inc. — adam.weinstein@atrinsic.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*
KFOX\ 681890.1

**F 9013-3.1**