

FILED & ENTERED

NOV 02 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY toliver    DEPUTY CLERK

1  David S. Kupetz (CA Bar No. 125062)
   *dkupetz@sulmeyerlaw.com*
2  Mark S. Horoupian (CA Bar No. 175373)
   *mhoroupian @sulmeyerlaw.com*
3  Marcus A. Tompkins (CA Bar No. 190922)
   *mtompkins @sulmeyerlaw.com*
4  **Sulmeyer**Kupetz
   A Professional Corporation
5  333 South Hope Street, Thirty-Fifth Floor
   Los Angeles, California  90071-1406
6  Telephone: 213.626.2311
   Facsimile: 213.629.4520
7
   General Bankruptcy Counsel for Project
8  Playlist, Inc., Debtor and Debtor in
   Possession
9

10            **UNITED STATES BANKRUPTCY COURT**

11            **CENTRAL DISTRICT OF CALIFORNIA**

12                **LOS ANGELES DIVISION**

13  In re                              CASE NO. 2:10-bk-42927-TD

14  PROJECT PLAYLIST, INC., a Delaware     Chapter 11
    Corporation, fdba Music America, Inc.,
15  fdba Music America Records, fdba       **ORDER AUTHORIZING DEBTOR IN**
    Projectplaylist.org, fdba             **POSSESSION TO:**
16  Projectplaylist.com, dba Playlist.com, fdba   **(1) EMPLOY THE LAW OFFICES OF**
    Project Playlist,                          **ROBERT KORY AS SPECIAL**
17                                              **CORPORATE COUNSEL; AND**
              Debtor.                      **(2) EMPLOY THE LAW OFFICES OF**
18                                              **ROBERT KORY AND RINCON**
                                                **VENTURE LAW GROUP AS**
19                                              **SPECIAL LITIGATION COUNSEL**

20                                         Date:   [No Hearing Requested]
                                           Time:   [No Hearing Requested]
21                                         Place:  U.S. Bankruptcy Court
                                                   Courtroom 1345
22                                                 255 East Temple Street
                                                   Los Angeles, CA 90012
23

24       On September 10, 2010, Project Playlist, Inc. (the "Debtor"), the debtor and debtor

25  in possession in the above captioned case, filed an *Application by Debtor in Possession*

26  *to:  (1) Employ the Law Offices of Robert Kory as Special Corporate Counsel; and (2)*

27  *Employ the Law Offices of Robert Kory and Rincon Venture Law Group as Special*

28  *Litigation Counsel* (the "Application") with the above-captioned Court [docket no. 44].  By

**Sulmeyer** Kupetz,  A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

1  the Application, the Debtor requested authority to (i) employ the Law Offices of Robert

2  Kory (the "Kory") to act as the Debtor's special corporate counsel, and (ii) employ Kory

3  and Rincon Venture Law Group ("RVLG") as the Debtor's special litigation counsel,

4  effective as of August 6, 2010 (the "Petition Date").  No opposition to the Application was

5  filed, as evidenced by the Declaration Re: Entry of Order Without Hearing filed

6  concurrently herewith.

7       Having considered the Application and the declaration in support thereof, and

8  there being no opposition filed in response to the Application, and good cause appearing

9  therefor, the Court hereby **ORDERS** that:

10      1.    The Application is granted;

11      2.    The Debtor is authorized to employ Kory as the Debtor's special corporate

12           counsel as of the Petition Date, on the terms stated in the Application, with

13           the amount of compensation and reimbursement to be in such amounts as

14           the Court may hereafter award pursuant to 11 U.S.C. § 330, upon proper

15           application(s) therefor;  and

16      3.    The Debtor is authorized to employ Kory and RVLG as the Debtor's special

17           litigation as of the Petition Date, on the terms stated in the Application, with

18           the amount of compensation and reimbursement to be in such amounts as

19           the Court may hereafter award pursuant to 11 U.S.C. § 330, upon proper

20           application(s) therefor.

23  DATED: November 2, 2010

United States Bankruptcy Judge

**Sulmeyer** Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA  90071-1406
TEL 213.626.2311  •  FAX 213.629.4520

| In re: | CHAPTER: 11 |
|---|---|
| PROJECT PLAYLIST, INC., a Delaware Corporation, fdba Music America, Inc., fdba Music America Records, fdba Projectplaylist.org, fdba Projectplaylist.com, dba Playlist.com, fdba Project Playlist | |
| Debtor(s) | CASE NUMBER: 2:10-bk-42927-TD |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California  90071-1406

A true and correct copy of the foregoing document described as  ORDER AUTHORIZING DEBTOR IN POSSESSION TO:  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

☐ Service Information continued on attached page.

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served): On  October 21, 2010  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Trustee
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

☐ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on  October 21, 2010   I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Thomas B. Donovan
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1352
Los Angeles, CA 90012-3332

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 21, 2010 | Maria R. Viramontes | /s/ Maria R. Viramontes |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**

| In re:                                                                                                                                                                                                     | CHAPTER: 11                    |
|---|---|
| PROJECT PLAYLIST, INC., a Delaware Corporation, fdba Music America, Inc., fdba Music America Records, fdba Projectplaylist.org, fdba Projectplaylist.com, dba Playlist.com, fdba Project Playlist | |
| Debtor(s). | CASE NUMBER: 2:10-bk-42927-TD |

**NOTE TO USERS OF THIS FORM:**

1. Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2. The title of the judgment or order and all service information must be filled in by the party lodging the order.
3. **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4. **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief.  <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ORDER AUTHORIZING DEBTOR IN POSSESSION TO: (1)EMPLOY THE LAW OFFICES OF ROBERT KORY AS SPECIAL CORPORATE COUNSEL; AND (2) EMPLOY THE LAW OFFICES OF ROBERT KORY AND RINCON VENTURE LAW GROUP AS SPECIAL LITIGATION COUNSEL was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order.  As of October 21, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

- Roger F Friedman     rfriedman@rutan.com

- Eric J Fromme     efromme@rutan.com

- Alan S Gutman     alangutman@gutmanlaw.com

- Garrick A Hollander     sconnor@winthropcouchot.com

- Mark S Horoupian     mhoroupian@sulmeyerlaw.com, kfox@sulmeyerlaw.com

- David S Kupetz     dkupetz@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com

- Mette H Kurth     kurth.mette@arentfox.com

- Dare Law     dare.law@usdoj.gov

- Richard Levy     rlevy@pryorcashman.com

- Wayne R Terry     wterry@hemar-rousso.com

- Marcus Tompkins     mtompkins@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com

- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

- Marc J Winthrop     mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

☐ Service Information continued on attached page.

**II.  SERVED BY THE COURT VIA U.S. MAIL**:  A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service Information continued on attached page.

**III.  TO BE SERVED BY THE LODGING PARTY:**  Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service Information continued on attached page.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                           **F 9021-1.1**