David S. Kupetz (CA Bar No. 125062)
 dkupetz@sulmeyerlaw.com
Mark S. Horoupian (CA Bar No. 175373)
 mhoroupian@sulmeyerlaw.com
Marcus A. Tompkins (CA Bar No. 190922)
 mtompkins@sulmeyerlaw.com
**Sulmeyer**Kupetz
A Professional Corporation
333 South Hope Street, Thirty-Fifth Floor
Los Angeles, California 90071-1406
Telephone: (213) 626-2311
Facsimile: (213) 629-4520

Attorneys for Project Playlist, Inc., Debtor
and Debtor in Possession

FILED & ENTERED

JAN 11 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY penning  DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | |
|---|---|
| **In re** <br> **PROJECT PLAYLIST, INC.,** <br> **a Delaware Corporation,** <br> **Case No. 2:10-bk-42927-TD** <br> **Debtor.** <br><br> **In re** <br> **PLAYLIST, INC.,** <br> **a Delaware Corporation,** <br> **Case No. 2:10-bk-42946-TD** <br> **Debtor.** <br><br> ____ Affects PROJECT PLAYLIST, INC. only <br> ____ Affects PLAYLIST, INC. only <br> _X_ Affects both Debtors | CASE NO. 2:10-bk-42927-TD <br><br> Chapter 11 <br><br> (Jointly Administered with Case No. 2:10-bk-42946-TD) <br><br> **ORDER AUTHORIZING DEBTORS IN POSSESSION TO EMPLOY WTAS LLC AS ACCOUNTANT** <br><br> Date: [No Hearing Requested] <br> Time: [No Hearing Requested] <br> Place: U.S. Bankruptcy Court <br> Courtroom 1345 <br> 255 East Temple Street <br> Los Angeles, CA 90012 |

On November 29, 2010, Project Playlist, Inc. and Playlist, Inc. (collectively, the "Debtors"), the debtors and debtors in possession in the above captioned jointly administered cases, filed a *Joint Application by Debtors in Possession to Employ WTAS*

MTOMPKINS\ 696982.1 1/11/2011 (3:08 PM)

*LLC as Accountant* (the "Application") with the above-captioned Court [docket no. 89]. By the Application, the Debtors requested authority to employ the accounting firm of WTAS LLC (the "Accountant") effective as of November 2, 2010, on the terms and conditions set forth in a letter agreement and an accompanying document entitled *WTAS LLC – Engagement Terms*, copies of which are attached to the Application as **Exhibits 2 and 3**, respectively (collectively, the "Engagement Agreement"). No opposition to the Application was filed, as evidenced by the Declaration Re: Entry of Order Without Hearing filed concurrently herewith.

Having considered the Application and the declaration in support thereof, and there being no opposition filed in response to the Application, and good cause appearing therefor, the Court hereby **ORDERS** that:

1. The Application is granted;

2. Project Playlist, Inc. ("Project Playlist") is authorized to employ the Accountant as Project Playlist's accountant as of November 2, 2010, pursuant to 11 U.S.C. § 327(a), on the terms stated in the Engagement Agreement and the Application (including but not limited to those relating to compensation) pursuant to 11 U.S.C. § 328(a), at the expense of Project Playlist's estate, without the necessity of a separate fee application; and

1    3.    Playlist, Inc. ("<u>Playlist</u>") is authorized to employ the Accountant as Playlist's accountant as of November 2, 2010, pursuant to 11 U.S.C. § 327(a), on the terms stated in the Engagement Agreement and the Application (including but not limited to those relating to compensation) pursuant to 11 U.S.C. § 328(a), at the expense of Project Playlist's or Playlist's estate, without the necessity of a separate fee application.

###

DATED: January 11, 2011

_Thomas B. Donovan_
United States Bankruptcy Judge

Sulmeyer Kupetz, A Professional Corporation
333 SOUTH HOPE STREET, THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1406
TEL 213.626.2311 • FAX 213.629.4520

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
333 South Hope Street, Thirty-Fifth Floor, Los Angeles, California 90071-1406

A true and correct copy of the foregoing document described as **ORDER AUTHORIZING DEBTORS IN POSSESSION TO EMPLOY WTAS LLC AS ACCOUNTANT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address indicated below:

SEE ATTACHED SERVICE LIST ☐ Service Information continued on attached page.

**II.    SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On December 21, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

U.S. Trustee
United States Trustee (LA)
725 S Figueroa St., 26th Floor
Los Angeles, CA 90017

☐ Service Information continued on attached page.

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P.5 and/or controlling LBR, on December 21, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Thomas B. Donovan
U.S. Bankruptcy Court
Roybal Federal Building
Bin outside of Suite 1352
255 E. Temple Street
Los Angeles, CA 90012-3332

☐ Service Information continued on attached page.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 21, 2010 | Maria R. Viramontes | /s/ Maria R. Viramontes |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9013-3.1.PROOF.SERVICE**

| In re:<br>PROJECT PLAYLIST, INC | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 2:10-bk-42927-TD |

**NOTE TO USERS OF THIS FORM:**
1. Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2. The title of the judgment or order and all service information must be filled in by the party lodging the order.
3. **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4. **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER AUTHORIZING DEBTORS IN POSSESSION TO EMPLOY WTAS LLC AS ACCOUNTANT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of December 21, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

- Vanessa L Au    vanessaau@paulhastings.com
- Roger F Friedman    rfriedman@rutan.com
- Eric J Fromme    efromme@rutan.com
- Alan S Gutman    alangutman@gutmanlaw.com
- Garrick A Hollander    ghollander@winthropcouchot.com, sconnor@winthropcouchot.com;pj@winthropcouchot.com
- Mark S Horoupian    mhoroupian@sulmeyerlaw.com, kfox@sulmeyerlaw.com
- David S Kupetz    dkupetz@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- Mette H Kurth    kurth.mette@arentfox.com
- Dare Law    dare.law@usdoj.gov
- Richard Levy    rlevy@pryorcashman.com
- Wayne R Terry    wterry@hemar-rousso.com
- Marcus Tompkins    mtompkins@sulmeyerlaw.com, jbartlett@sulmeyerlaw.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Marc J Winthrop    mwinthrop@winthropcouchot.com, pj@winthropcouchot.com

☐ Service Information continued on attached page.

**II.  SERVED BY THE COURT VIA U.S. MAIL**:  A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service Information continued on attached page.

**III.  TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail,

overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service Information continued on attached page.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**